IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA LEE,**  Plaintiff, | **CIVIL ACTION** |
| v. | |
| **STATE FARM FIRE AND CASUALTY COMPANY,**  Defendant. | **NO. 23-3605** |

## O R D E R

**AND NOW** this 18th day of July, 2025, upon consideration of Defendant's Partial Motion for Summary Judgment (ECF No. 18) and Plaintiff's response thereto (ECF No. 20), **IT IS ORDERED** that the Motion is **GRANTED.** Judgment is hereby entered in favor of the Defendant on Count II.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.